**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **BRADLEY J. LYONS, ET AL.,** : | |
| : | |
| Plaintiff, : | |
| : | Case No. C2-10-CV-0075 |
| v. : | |
| : | JUDGE ALGENON MARBLEY |
| **CORE SYSTEMS, LLC,** : | |
| : | Magistrate Judge Deavers |
| Defendant. : | |

**ORDER SETTING TRIAL DATE
AND REFERRING CASE TO MEDIATION**

This case is set for trial on **Monday, December 12, 2011** at **9:00 a.m.** In preparation for trial the Court has set the following schedule to which the parties are to adhere. The Court has included a statement of pretrial and trial procedures which the parties are to follow.

**Summary:**

| | |
|---|---|
| November 7, 2011 | Deadline for conducting a mediation of the case. |
| November 21, 2011 | Motions in limine, pretrial motions, and joint jury instructions and supplemental jury instructions, designation of deposition portions, witness statements, stipulations, and exhibit lists. |
| November 28, 2011 | Memoranda contra pretrial motions or motions in limine, objections to supplemental jury instructions, objections to deposition designations, and final pretrial order. |
| December 2, 2011 | Final pretrial conference, submission of proposed areas of questions for voir dire and trial briefs. |
| December 12, 2011 | Trial - voir dire, opening statements and presentation of evidence. |