**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRADLEY J. LYONS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. C2-10-CV-0075 |
| v. | : | |
| | : | JUDGE ALGENON MARBLEY |
| **CORE SYSTEMS, LLC,** | : | |
| | : | Magistrate Judge Deavers |
| Defendant. | : | |

**ORDER RESETTING TRIAL DATE
AND FINAL PRETRIAL CONFERENCE**

This matter came before the Court by way of a Joint Motion for Continuance of Trial. The Court hereby **GRANTS** said Motion and reschedules the Trial in this case for **Monday, February 27, 2012** at **9:00 a.m.** In preparation for trial the Court has set the following schedule to which the parties are to adhere.

**Summary:**

| | |
|---|---|
| January 23, 2012 | Deadline for conducting a mediation of the case. |
| February 6, 2012 | Motions in limine, pretrial motions, and joint jury instructions and supplemental jury instructions, designation of deposition portions, witness statements, stipulations, and exhibit lists. |
| February 13, 2012 | Memoranda contra pretrial motions or motions in limine, objections to supplemental jury instructions, objections to deposition designations, and final pretrial order. |
| February 17, 2012 | Final pretrial conference **11:00 a.m, in chambers, Room 319,** submission of proposed areas of questions for voir dire and trial briefs. |
| February 27, 2012 | Trial at **9:00 a.m., Courtroom 1, Room 331** - voir dire, opening statements and presentation of evidence. |

This order supersedes all previous orders in this case to the extent previous orders are inconsistent with this order.

The parties shall address questions about this order to the Court's Law Clerk, Lauren Hilsheimer, at 614-719-3263, by way of a telephone conference with counsel for all parties participating, or with fewer than all counsel participating with express permission of non-participating counsel.

**IT IS SO ORDERED.**

        s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:   October 20, 2011**