## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **BRADLEY J. LYONS,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:10-CV-0075** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **CORE SYSTEMS, LLC,** | : | **Magistrate Judge Elizabeth** |
| | : | **Preston Deavers** |
| **Defendant.** | : | |

## <u>ORDER</u>

This matter is before the Court on Defendant Core Systems, LLC's ("Core Systems")

Motion to Compel and Motion for Sanctions ("Motion").  (Doc. 93.)  On March 7, 2012, this

Court held a Telephonic Status Conference, and the parties were given the opportunity to state

their positions on the issues presented in Core Systems' Motion, which are related to Plaintiff

Bradley Lyons' ("Lyons") application for, and receipt of, Social Security Disability Income

("SSDI").  After considering the parties' respective positions, the Court ruled on the record as

follows:

1. Counsel for Lyons must obtain promptly Lyons' SSDI application and any supporting documents from the Social Security Administration;

2. Counsel for Lyons must provide counsel for Core Systems with the following information about Lyons' application for, and receipt of, SSDI, as a supplementation to Core Systems' interrogatories that Lyons initially responded to on July 14, 2010, but failed to supplement once he received SSDI:

   a. The date that the denial decision of Lyons' SSDI application was reversed;

   b. The basis for the reversal of the denial decision;

   c. The amount of SSDI Lyons has received to date; and

     d.   The duration of time Lyons has been receiving SSDI.

3.  Counsel for Core Systems may depose Lyons during the week of **March 12, 2012**, for the limited purpose of discussing items 2(a)-(d) listed above; and

4.  Both parties are to file briefs no more than ten pages in length by **3:00 p.m. on March 8, 2012**, on whether Core Systems is entitled to Lyons' SSDI application and supporting documentation.

This Court **DENIES** Core Systems' request to sanction Lyons and **DENIES** Core Systems'

request for a continuance of the March 19, 2012 trial date.

     **IT IS SO ORDERED.**


                             **s/ Algenon L. Marbley**
                             **Algenon L. Marbley**
                             **United States District Judge**

**Dated: March 7, 2012**