# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **BRADLEY J. LYONS,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:10-CV-00075 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| **CORE SYSTEMS, LLC,** | : | Magistrate Judge Elizabeth Preston |
| | : | Deavers |
| Defendant. | : | |

## ORDER

In an Order dated March 7, 2012, this Court directed the parties in the above-captioned case to "file briefs no more than ten pages in length by 3:00 p.m. on March 8, 2012, on whether Core Systems is entitled to Lyons' SSDI application and supporting documentation." (Doc. 104.) Based on the arguments of counsel, and for reasons that will be set forth in a forthcoming Opinion, the Court finds that Defendant is entitled to receipt of Plaintiff's application for Social Security Disability Insurance benefits and other supporting documentation (collectively referred to as, "SSDI documents"). Plaintiff must produce the SSDI documents to Defendant by **5:30 p.m. today, March 9, 2012**.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: March 9, 2012**